**Order entered September 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01486-CR
No. 05-12-01487-CR

**LOUIS HANCOCK DAITCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F11-45639-J, F11-45640-J

## ORDER

The Court **DENIES** appellant's September 13, 2013 pro se motion to "withdraw briefs" and to dismiss counsel and proceed pro se. Briefs have been filed and the appeals are ready for submission Moreover, appellant's pro se response to the *Anders* brief filed in cause no. 05-12-01485-CR is due by September 20, 2013. To allow appellant to proceed pro se in the above appeals would result in substantial delay of the submission of the appeals. . *See Martinez v. Court of Appeals of Cal., Fourth Appellate Dist.*, 528 U.S. 152 (2000).

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Louis Hancock Daitch, No. 1819611, Byrd Unit, 21 F.M. 247, Huntsville, Texas 77320.

We **DIRECT** the Clerk to send copies of the order, by electronic transmission, to counsel for all parties.


/s/  LANA MYERS
   JUSTICE